**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2018-0475, <u>Sean Hart v. Michael Pepin d/b/a N.H. Tile Installation</u>, the court on March 1, 2019, issued the following order:**

Having considered the briefs filed by the plaintiff, Sean Hart, and the defendant, Michael Pepin, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant appeals an order of the Circuit Court (<u>Greenhalgh</u>, J.) entering judgment for the plaintiff on his breach of contract claim and dismissing the defendant's counterclaim for damages. We affirm.

It is the burden of the appealing party, here the defendant, to provide this court with a record sufficient to decide his issues on appeal. <u>See</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see also</u> <u>Sup. Ct. R.</u> 13. The defendant has not met this burden by, for instance, providing, as part of the appellate record, the transcript of the March 2018 final hearing on the merits. Absent a sufficient record, we must assume that the evidence was sufficient to support the trial court's decision, and our review is limited to legal errors apparent on the face of the record. <u>Rix v. Kinderworks Corp.</u>, 136 N.H. 548, 553 (1992). Because the defendant has also failed to persuade us that the trial court committed legal error, we uphold its decision. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**